UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

PETER KAVALER, Derivatively On Behalf of )
PUTNAM INCOME FUND, )
)
                Plaintiff, )
)
vs. )
)
JOHN A. HILL, JAMESON A. BAXTER, )
CHARLES B. CURTIS, RONALD J. JACKSON, )
PAUL L. JOSKOW, ELIZABETH T. KENNAN, )
LAWRENCE J. LASSER, JOHN H. MULLIN, III, )
ROBERT E. PATTERSON, GEORGE PUTNAM, )
III, A.J.C. SMITH, W. THOMAS STEPHENS, W. )
NICHOLAS THORNDIKE, CHARLES E. )
PORTER, PATRICIA C. FLAHERTY, KARNIG H.)
DURGARIAN, STEVEN D. KRICHMAR, )
MICHAEL T. HEALY, BRETT C. BROWCHUCK,)
CHARLES E. HALDEMAN, JR., LAWRENCE J. )
LASSER, BETH S. MAZOR, RICHARD A. )
MONAGHAN, STEPHEN M. ORSTAGLIO, )
GORDON H. SILVER, MARK C. TRENCHARD, )
DEBORAH F. KUENSTNER, JUDITH COHEN, )
MARSH & MCLENNAN COMPANIES, INC., )
PUTNAM INVESTMENT MANAGEMENT, LLC,)
PUTNAM INVESTMENT FUNDS, PUTNAM )
INVESTMENT TRUSTS, )
)
                Defendants. )
)
   - and - )
)
PUTNAM INCOME FUND, a Massachusetts )
Corporation, )
)
                Nominal Defendant. )
)

04 10853 RWZ

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Putnam Investment Fund and Putnam Income Fund make this Corporate Disclosure Statement:

1. Putnam Investment Funds is a Massachusetts business trust which is registered with the Securities and Exchange Commission. It is a sponsor of a series of other funds in the Putnam family.

2. Putnam Income Fund is a Massachusetts business trust which is registered with the Securities and Exchange Commission.

Dated: April 26, 2004

Respectfully Submitted,

_____
John D. Donovan, Jr. (BBO #130950)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

*Attorneys for Putnam Investment Funds, Putnam Income Fund, John A. Hill, Jameson A. Baxter, Charles B. Curtis, Ronald J. Jackson, Paul L. Joskow, Elizabeth T. Kennan, John H. Mullin, III, Robert E. Patterson, W. Thomas Stephens, W. Nicholas Thorndike, Charles E. Porter, Patricia C. Flaherty, Judith Cohen and George Putnam, III*