UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

04 10853 RWZ

| | |
|---|---|
| PETER KAVALER, Derivatively On Behalf of PUTNAM INCOME FUND, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN A. HILL, JAMESON A. BAXTER, CHARLES B. CURTIS, RONALD J. JACKSON, PAUL L. JOSKOW, ELIZABETH T. KENNAN, LAWRENCE J. LASSER, JOHN H. MULLIN, III, ROBERT E. PATTERSON, GEORGE PUTNAM, I II, A.J.C. SMITH, W. THOMAS STEPHENS, W. NICHOLAS THORNDIKE, CHARLES E. PORTER, PATRICIA C. FLAHERTY, KARNIG H. DURGARIAN, STEVEN D. KRICHMAR, MICHAEL T. HEALY, BRETT C. BROWCHUCK, CHARLES E. HALDEMAN, JR., LAWRENCE J. LASSER, BETH S. MAZOR, RICHARD A. MONAGHAN, STEPHEN M. ORSTAGLIO, GORDON H. SILVER, MARK C. TRENCHARD, DEBORAH F. KUENSTNER, JUDITH COHEN, MARSH & MCLENNAN COMPANIES, INC., PUTNAM INVESTMENT MANAGEMENT, LLC, PUTNAM INVESTMENT FUNDS, PUTNAM INVESTMENT TRUSTS, <br><br> Defendants. <br><br> - and - <br><br> PUTNAM INCOME FUND, a Massachusetts Corporation, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Putnam Investments Trust and Putnam Investment Management, LLC make this Corporate Disclosure Statement:

1. Putnam Investments Trust is a direct majority-owned subsidiary of Marsh & McLennan Companies, Inc., which is a publicly-owned holding company traded on the New York Stock Exchange.

2. Putnam Investment Management, LLC, a Delaware limited liability company, is an indirect subsidiary of Putnam Investments Trust. By contract, Putnam Investment Management, LLC is the investment advisor to, and an affiliate of the distributor of, the Putnam Family of Funds, the shares of which are sold to and held by the public.

Dated: April 28, 2004

Respectfully Submitted,

*James R. Carroll*
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, MA 02108-3194
Telephone: (617) 573-4800
Facsimile: (617) 573-4822

2

*Attorneys for Putnam Investment Management, LLC, Putnam Investments Trust, A.J.C. Smith, Karnig H. Durgarian, Steven D. Krichmar, Michael T. Healy, Brett C. Browchuck, Charles E. Haldeman, Jr., Beth S. Mazor, Richard A. Monaghan, Stephen M. Orstaglio, Gordon H. Silver, Mark C. Trenchard, and Deborah F. Kuenster*

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party as indicated on the service list attached hereto, on _April 28, 2004_.

_[signature]_

3

## SERVICE LIST

Gilman and Pastor, LLP
Peter A. Lagorio
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA. 01906

Furuqi & Faruqi
Shane Rowley
Antonio Vozzolo
David Leventhal
320 East 39th Street
New York, NY 10016

Robbins, Umeda & Fink, LLP
Brian J. Robbins
Jeffrey P. Fink
1010 Second Ave., Suite 2360
San Diego, CA 92101