UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER KAVALER, Derivatively On Behalf of PUTNAM INCOME FUND,<br><br>               Plaintiff,<br><br>vs.<br><br>JOHN A. HILL, et al.,<br><br>               Defendants.<br><br>- and -<br><br>PUTNAM INCOME FUND,<br><br>               Nominal Defendant. | Civil Action No. 04-10853-RWZ |
| LEON BRAZIN, Derivatively On Behalf of PUTNAM VISTA FUND,<br><br>             Plaintiff,<br><br>vs.<br><br>JOHN A. HILL, et al.,<br><br>               Defendants.<br><br>- and -<br><br>PUTNAM VISTA FUND,<br><br>               Nominal Defendant. | **STIPULATION AND [PROPOSED] ORDER**<br><br>Civil Action No. 04-10852-RWZ |

FILED
IN CLERKS OFFICE

2004 MAY 13  P 4: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

WHEREAS, on March 15, 2004, Kavaler v. Hill, et al., No. 04-1114G was filed in the Superior Court of the Commonwealth of Massachusetts, Suffolk County;

WHEREAS, on March 15, 2004, Brazin v. Hill, et al., No. 04-1116A was filed in the Superior Court of the Commonwealth of Massachusetts, Suffolk County;

WHEREAS, both Kavaler and Brazin (the "Actions") were removed to the United States District Court for the District of Massachusetts on April 28, 2004;

WHEREAS, defendants noticed the Actions as "tag-alongs" to MDL No. 1586, In re Mutual Fund Investment Litigation for transfer to the United States District Court for the District of Maryland; and

WHEREAS, plaintiff does not intend to move to remand the Actions, or to oppose their transfer to the District of Maryland.

IT IS HEREBY STIPULATED AND AGREED that no response is required to the complaints in the Actions and that plaintiffs' time to file to a consolidated complaint and all defendants' time to move, answer, or otherwise respond to such complaint shall be determined by the briefing schedule entered by the District of Maryland.

Dated: May 12, 2004
Boston, Massachusetts

Respectfully submitted,

Peter A. Lagorio (BBO 567379)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone: 781/231-7850

James R. Carroll (BBO 554426)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Beacon Street
Boston, MA 02108-3194
Telephone: 617/573-4800

| | |
|---|---|
| FARUQI & FARUQI<br>Shane Rowley<br>Antonio Vozzolo<br>David Leventhal<br>320 East 39th Street<br>New York, NY 10016<br>Telephone: 212/983-9330<br><br>ROBBINS UMEDA & FINK, LLP<br>Brian J. Robbins<br>Jeffrey P. Fink<br>1010 Second Ave., Suite 2360<br>San Diego, CA 92101<br>Telephone: 619/525-3990<br><br>*Attorneys for Plaintiff*<br><br>_____<br>John D. Donovan, Jr. (BBO #130950)<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA 02110<br>Telephone: 617/951-7000<br><br>*Putnam Investment Funds, Putnam Global Equity Fund, Inc., John A. Hill, Jameson A. Baxter, Charles B. Curtis, Ronald J. Jackson, Paul L. Joskow, Elizabeth T. Kennan, John H. Mullin, III, Robert E. Patterson, W. Thomas Stephens, W. Nicholas Thorndike, Charles E. Porter, Patricia C. Flaherty, Judith Cohen and George Putnam, III, Putnam Global Equity Fund, Inc.* | *Attorneys for Defendants Putnam Investment Management, LLC, Putnam Investments Trust, A.J.C. Smith, Karnig H. Durgarian, Steven D. Krichmar, Michael T. Healy, Brett C. Browchuck, Charles E. Haldeman, Jr., Beth S. Mazor, Richard A. Monaghan, Stephen M. Orstaglio, Gordon H. Silver, Mark C. Trenchard, and Deborah F. Kuenstner* |

SO ORDERED:

_____
U.S.D.J.