UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
PETER KAVALER, Derivatively On Behalf Of :
PUTNAM INCOME FUND,
                                         :
            Plaintiff,                   :    Civil Action
    v.                                   :    No. 04-10853-RWZ
                                         :
JOHN A. HILL., et al.,                   :
                                         :
            Defendants,                  :
    - and -                              :
                                         :
PUTNAM INCOME FUND, a Massachusetts      :
corporation,                             :
                                         :
            Nominal Defendant.           :
---------------------------------- x

## NOTICE OF LOCAL RULE 81.1(a) FILING

Pursuant to Local Rule 81.1(a), defendants hereby file attested copies of all records, proceedings and the docket sheet from the state court action entitled <u>Kavaler v. Hill, et al.</u>, (Suffolk County Superior Court, Civ. No. 04-1114-G). The attested copies are attached hereto.

Dated: May 18, 2004
       Boston, Massachusetts

Respectfully submitted,

*/s/ James R. Carroll*
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, MA 02108-3194
(617) 573-4800

*Counsel for Putnam Investment Management, LLC, Putnam Investments Trust, A.J.C. Smith, Karnig H. Durgarian, Steven D. Krichmar, Michael T. Healy, Brett C. Browchuck, Charles E. Haldeman, Jr., Beth S. Mazor, Richard A. Monaghan, Stephen M. Orstaglio, Gordon H. Silver, Mark C. Trenchard, and Deborah F. Kuenster*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first-class mail, postage pre-paid, on 5/18/04.

*/s/ James R. Carroll*

MAS-20030912        Commonwealth of Massachusetts        05/04/2004
`guen        SUFFOLK SUPERIOR COURT        02:46 PM
Case Summary
Civil Docket

### SUCV2004-01114
### Kavaler v Hill, trustee et al

| | | | | |
|---|---|---|---|---|
| **File Date** | 03/15/2004 | **Status** | Disposed: transfered to other court (dtrans) | |
| **Status Date** | 05/04/2004 | **Session** | G - Civil G | |
| **Origin** | 1 | **Case Type** | B99 - Misc tort | |
| **Lead Case** | | **Track** | F | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service** | 06/13/2004 | **Answer** | 08/12/2004 | **Rule12/19/20** | 08/12/2004 |
| **Rule 15** | 08/12/2004 | **Discovery** | 01/09/2005 | **Rule 56** | 02/08/2005 |
| **Final PTC** | 03/10/2005 | **Disposition** | 05/09/2005 | **Jury Trial** | Yes |

#### PARTIES

**Plaintiff**
Peter Kavaler
Active 03/15/2004

**Private Counsel 567379**
Peter A Lagorio
Gilman & Pastor
999 Broadway
Stone Hill Corp Ctr Suite 500
Saugus, MA 01906
Phone: 781-231-7850
Fax: 781-231-7840
Active 03/15/2004 Notify

**Alias plaintiff name**
Putnam Income Fund
Active 03/15/2004

*** See Attorney Information Above ***

**Defendant**
John A Hill, trustee
Service pending 03/15/2004

**Defendant**
Jameson A Baxter, trustee
Service pending 03/15/2004

Case 1:04-cv-10853-RWZ    Document 7    Filed 05/18/2004    Page 3 of 9

MAS-20030912
guen

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

05/04/2004
02:46 PM

### SUCV2004-01114
### Kavaler v Hill, trustee et al

**Defendant**
Charles B Curtis, trustee
Service pending 03/15/2004

**Defendant**
Ronald J Jackson, trustee
Service pending 03/15/2004

**Defendant**
Paul L Joskow, trustee
Service pending 03/15/2004

**Defendant**
Elizabeth T Kennan, trustee
Service pending 03/15/2004

**Defendant**
Lawrence J Lasser, trustee
Service pending 03/15/2004

**Defendant**
John H Mullin III, trustee
Service pending 03/15/2004

Case 1:04-cv-10853-RWZ   Document 7   Filed 05/18/2004   Page 4 of 9

MAS-20030912     **Commonwealth of Massachusetts**     05/04/2004
guen     SUFFOLK SUPERIOR COURT     02:46 PM
Case Summary
Civil Docket

### SUCV2004-01114
### Kavaler v Hill, trustee et al

| Defendant | |
|---|---|
| **Defendant**<br>Robert E Patterson, trustee<br>Service pending 03/15/2004 | |
| **Defendant**<br>George Putnam III, trustee<br>Service pending 03/15/2004 | |
| **Defendant**<br>AJ C Smith, trustee<br>Service pending 03/15/2004 | **Private Counsel 554426**<br>James R Carroll<br>Skadden Arps Slate Meagher & Flom<br>1 Beacon Street<br>Boston, MA 02108<br>Phone: 617-573-4800<br>Fax: 617-573-4822<br>Active 04/28/2004 Notify |
| **Defendant**<br>W Thomas Stephens, trustee<br>Service pending 03/15/2004 | |
| **Defendant**<br>W Nicholas Thorndike, trustee<br>Service pending 03/15/2004 | |
| **Defendant**<br>Charles E Porter, officer<br>Service pending 03/15/2004 | |

Case 1:04-cv-10853-RWZ    Document 7    Filed 05/18/2004    Page 5 of 9

MAS-20030912
guen

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

05/04/2004
02:46 PM

### SUCV2004-01114
### Kavaler v Hill, trustee et al

| | |
|---|---|
| **Defendant**<br>Patricia C Flaherty, officer<br>Service pending 03/15/2004 | |
| **Defendant**<br>Karnig H Durgarian, officer<br>Service pending 03/15/2004 | **Private Counsel 554426**<br>James R Carroll<br>Skadden Arps Slate Meagher & Flom<br>1 Beacon Street<br>Boston, MA 02108<br>Phone: 617-573-4800<br>Fax: 617-573-4822<br>Active 04/28/2004 Notify |
| **Defendant**<br>Steven D Krichmar, officer<br>Service pending 03/15/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Michael T Healy, officer<br>Service pending 03/15/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Brett C Browchuck, officer<br>Service pending 03/15/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Charles E Haldeman Jr, officer<br>Service pending 03/15/2004 | *** See Attorney Information Above *** |

Case 1:04-cv-10853-RWZ   Document 7   Filed 05/18/2004   Page 6 of 9

MAS-20030912
guen

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

05/04/2004
02:46 PM

### SUCV2004-01114
### Kavaler v Hill, trustee et al

| | |
|---|---|
| **Defendant**<br>Lawrence J Lasser, officer<br>Service pending 03/15/2004 | |
| **Defendant**<br>Beth S Mazor, officer<br>Service pending 03/15/2004 | **Private Counsel 554426**<br>James R Carroll<br>Skadden Arps Slate Meagher & Flom<br>1 Beacon Street<br>Boston, MA 02108<br>Phone: 617-573-4800<br>Fax: 617-573-4822<br>Active 04/28/2004 Notify |
| **Defendant**<br>Richard A Monaghan, officer<br>Service pending 03/15/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Stephen M Oristaglio, officer<br>Service pending 03/15/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Gordon H Silver, officer<br>Service pending 03/15/2004 | *** See Attorney Information Above *** |
| **Defendant**<br>Mark C Trenchard, officer<br>Service pending 03/15/2004 | *** See Attorney Information Above *** |

Case 1:04-cv-10853-RWZ   Document 7   Filed 05/18/2004   Page 7 of 9

MAS-20030912
guen

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

05/04/2004
02:46 PM

### SUCV2004-01114
### Kavaler v Hill, trustee et al

**Defendant**
Deborah F Kuenstner, officer
Service pending 03/15/2004

*** See Attorney Information Above ***

**Defendant**
Judith Cohen, officer
Service pending 03/15/2004

**Alias defendant name**
Putnam Income Fund
Active 03/15/2004

**Defendant**
Marsh & McLennan Companies Inc
Service pending 03/15/2004

**Defendant**
Putnam Investments Trust
Service pending 03/15/2004

**Private Counsel 554426**
James R Carroll
Skadden Arps Slate Meagher & Flom
1 Beacon Street
Boston, MA 02108
Phone: 617-573-4800
Fax: 617-573-4822
Active 04/28/2004 Notify

**Defendant**
Putnam Investment Management LLC
Service pending 03/15/2004

*** See Attorney Information Above ***

Case 1:04-cv-10853-RWZ    Document 7    Filed 05/18/2004    Page 8 of 9

MAS-20030912
guen

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

05/04/2004
02:46 PM

### SUCV2004-01114
### Kavaler v Hill, trustee et al

**Defendant**
Putnam Investment Fund
Service pending 03/15/2004

**Out-of-state attorney**
Shane Rowley
Faruqi & Faruqi
320 East 39th Street
New York, NY 10016
Phone: 212-983-9330
Atty for plaintiff
Active 04/28/2004 Notify

**Out-of-state attorney**
Antonio Vozzolo
Faruqi & Faruqi
320 East 39th Street
New York, NY 10016
Phone: 212-983-9330
Atty for plaintiff
Active 04/28/2004 Notify

**Out-of-state attorney**
David Leventhal
Faruqi & Faruqi
Faruqi & Faruqi
New York, NY 10016
Phone: 212-983-9330
Atty for plaintiff
Active 04/28/2004 Notify

**Out-of-state attorney**
Brian J Robbins
Robbins Umeda & Fink LLP
1010 Second Ave., Suite 2360
San Diego, CA 92101
Phone: 619-525-3990
Atty for plaintiff
Active 04/28/2004 Notify

**Out-of-state attorney**
Jeffrey P Fink
Robbins Umeda & Fink LLP
1010 Second Ave., Suite 2360
San Diego, CA 92101
Phone: 619-525-3990
Atty for plaintiff
Active 04/28/2004 Notify

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

### SUCV2004-01114
### Kavaler v Hill, trustee et al

**Out-of-state attorney**
Stephen W Greiner
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Phone: 212-728-8224
Atty for Marsh & McLennan Companies Inc
Active 04/28/2004 Notify

**Out-of-state attorney**
Daniel A Pollack
Pollack & Kaminsky
114 West 47th Street
New York, NY 10036
Phone: 212-575-4700
Atty for Lawrence J Lasser
Active 04/28/2004 Notify

### ENTRIES

| Date | Paper | Text |
| --- | --- | --- |
| 03/15/2004 | 1.0 | Complaint & jury demand on complaint |
| 03/15/2004 | | Origin 1, Type B99, Track F. |
| 03/15/2004 | 2.0 | Civil action cover sheet filed |
| 04/29/2004 | | Certified copy of petition for removal to U. S. Dist. Court of Defts. Defendants Putnam Investment Management, LLC, Putnam Investments Trust, A. J.C. Smith, Karnig H. Durgarian, Steven D. Krichmar, Michael T. Healy, Brett C. Browchuck, Charles E. Halldeman, Jr., Beth S. Mazor, Richard A. Monaghan, Stephen M. Orstaglio, Gordon H. Silver, Mark C. Trenchard, and Deborah F. Kuenstner U. S. Dist.#(04-10853RWZ). |
| 04/30/2004 | 3.0 | Stipulation and Order : Defts agree to waive service of the summons & complaint in this action. In doing so, defts do not waive any challenges to personal jurisdiction. IT IS HEREBY FURTHER STIPULATED & AGREED that no response is required to the complaint in the action & that plffs time to file a consolidated complaint & defts' time to move answer, or otherwise respond to such complaint shall be determined by the briefing schedule entered by the District Court of Maryland. After review & by assent Stipulation is APPROVED for filing & so ordered (Thomas Connolly, Justice) (entered 4/30/04) notice sent 5/3/04 |
| 05/04/2004 | | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

I HEREBY ATTEST AND CERTIFY ON
MAY 5, 2004 , THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY. _____

ASSISTANT CLERK.