# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

2004 JUL 22 A 1: 72

Reply to Northern Division Address

U.S. DISTRICT COURT
DISTRICT OF MASS

July 19, 2004

U.S. District Court
District of Massachusetts
Ste 2300
One Courthouse Way
Boston, MA 02210-3002

MDL 1586
In re: Mutual Funds Investment
Litigation
Your civil no 1:04-10853  RWZ
Our civil no. 04-2273
Peter Kavaler, etc  v John A. Hill, et al

Dear clerk:

I am enclosing a certified copy of the Transfer Order from the Judicial Panel on Multi-district Litigation filed on July 19, 2004, in this court transferring the above entitled case to the District of Maryland.

***Pursuant to footnote 8 of the Panel's order partially suspending Rule 1.6(a) for this litigation, please forward only the docket sheet for each transferred action.***

Sincerely,

Felicia C. Cannon, Clerk

By: *Claudia Gibson*
Deputy Clerk

cc: Judge J. Frederick Motz
    Judicial Panel on Multi-district Litigation

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

A CERTIFIED TRUE COPY
JUL 16 2004
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

2004 JUL 22 A 1: 12

U.S. DISTRICT COURT
DISTRICT OF MASS

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 30 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1586

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE MUTUAL FUNDS INVESTMENT LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-7)*

On February 20, 2004, the Panel transferred 91 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 272 additional actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, 310 F.Supp.2d 1359 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis, the Honorable Frederick P. Stamp, Jr., and the Honorable Catherine C. Blake.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

I hereby attest and certify on 7-19-04 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deputy

# SCHEDULE CTO-7 - TAG ALONG ACTIONS
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

DISTRICT  DIV. C. A.#

**DELAWARE**
DE  1  04-188   Cynthia L. Essenmacher, etc. v. Invesco Fund Groups, Inc., et al.  04-2271

**MASSACHUSETTS**
MA  1  04-10852   Leon Brazin, etc. v. John A. Hill, et al.  04-2272
MA  1  04-10853   Peter Kavaler, etc. v. John A. Hill, et al.  04-2273
MA  1  04-10978   Harold Beardsley, et al. v. FleetBoston Financial Corp., et al.  04-2274

**NEW YORK SOUTHERN**
NYS  1  04-444    Aurora Henao, etc. v. Marsh & McLennan Companies, Inc., et al.  04-2275
NYS  1  04-629    Barry J. Feinburg, et al. v. Security Brokerage, Inc., et al.  04-2276
NYS  1  04-666    MFS Fund Distributors, Inc., et al. v. Daniel G. Calugar, et al.  04-2277
NYS  1  04-1879   R.L. Simmonds, et al. v. Columbia Acorn Fund, et al.  04-2278
NYS  1  04-2005   Robert Rubin v. Pacific Investment Management Co., LLC  04-2279
NYS  1  04-2119   Paul Chorne v. Scudder 21st Century Growth Fund, et al.  04-2280
NYS  1  04-2335   Mildred E. Ruehlman v. Amcap Fund, et al.  04-2281
NYS  1  04-2475   Ernest Gottdiener, etc. v. John R. Belk, et al.  04-2282
NYS  1  04-2701   Kim Barkov v. Amcap Fund, et al.  04-2283
NYS  1  04-2741   Tim Christman v. Canadian Imperial Bank of Commerce, et al.  04-2284

**PENNSYLVANIA WESTERN**
PAW  2  04-439    Lu Chang, etc. v. Federated Investors, Inc., et al.  04-2285
PAW  2  04-440    Richard Linnock, etc. v. Federated Investors, Inc., et al.  04-2286
PAW  2  04-441    Stanley Soto, etc. v. Federated Investors, Inc., et al.  04-2287